United States District Court
Southern District of Texas
**ENTERED**
August 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEX MAXIM, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 4:19-CV-3545 |
| BACKCHINA, LLC, *et al*, | § § § |
| Defendants. | § § |

## ORDER

Before the Court is the Agreed Motion to Stay Litigation in Light of COVID-19 Pandemic (Doc. No. 23). The Court is of the opinion that this motion should be granted. Accordingly, the stay is **GRANTED** until November 6, 2020. The parties, by agreement, may conduct discovery. On or before November 6, 2020, the parties shall file a joint status report with an agreed schedule that will take this case to conclusion.

SIGNED at Houston, Texas, this 25th day of August 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE